UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

*********************************************************************************************

In re:

Ronald Resnik,                                                                                              JUDGMENT

       Debtor.

************************************************

Gail Robinson,

       Plaintiff,                                                                                   BKY 15-31527

v.                                                                                                                ADV 15-03094

Ronald Resnik,

       Defendant.

*********************************************************************************************

       This proceeding came before the Court, and a decision or order for judgment was duly rendered, the Honorable Michael E. Ridgway, United States Bankruptcy Judge, presiding.

       IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:  The defendant's debt to the plaintiff in the amount of $200,524.00 is not excepted from the defendant's discharge.

Dated:  December 16, 2015                                     Lori Vosejpka
At:     Minneapolis,  Minnesota.                        Clerk of Bankruptcy Court

                                                                              By: /e/ Michael J. Stepan
                                                                              Deputy Clerk

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *12/16/2015*
Lori Vosejpka, Clerk, by TRU